1 OTTO O. LEE (SBN# 173987)
2 MARIE GRACE CAPUYAN (SBN# 226862)
SHINAE KIM-HELMS (SBN# 242484)
3 INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, Twelfth Floor
4 San Jose, California 95113
Telephone: (408) 286-8933
5 Facsimile: (408) 286-8932

6 ATTORNEYS FOR DEFENDANT, KEYVAN ANARAKI D/B/A LIQUIDATION ENTERPRISES
7 AND DEALS AROUND.

9 UNITED STATES DISTRICT COURT
10 NORTHERN DISTRICT OF CALIFORNIA
11 SAN JOSE DIVISION

14 MICROSOFT CORPORATION, a ) CASE NO.: C06 06715 (WHA)
Washington corporation, )
15 ) **[PROPOSED] ORDER GRANTING**
) **EXTENSION OF TIME TO RESPOND TO**
16 Plaintiff, ) **PLAINTIFF'S COMPLAINT**
)
17 vs. )
)
18 )
KEYVAN ANARAKI D/B/A )
19 LIQUIDATION ENTERPRISES )
AND DEALS AROUND, )
20 )
)
21 Defendants. )

**ORDER**

Upon consideration of Defendant Anaraki's Stipulated Motion for Extension of Time to Respond to Plaintiff's Complaint and it otherwise appearing to the Court that good cause exists for granting said Motion, it is hereby

ORDERED that the Motion is GRANTED; and

FURTHER ORDERED that the deadline for Defendant to respond to the complaint shall be extended until February 4, 2007.

-1-

[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

This <u>  31st  </u> day of January, 2007.

*IT IS SO ORDERED*
*Judge William Alsup*

_____
Judge William H. Alsup, United States District Court
Northern District of California

***CERTIFICATE OF SERVICE***

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served by U.S. First Class Mail, postage prepaid on the following:

Shaakirrah R. Sanders, Esq.

PRESTON GATES & ELLIS LLP

925 Fourth Avenue, Suite 2900

Seattle, Washington 98104

Tel: (206) 623-7580

Fax:(206)370-6110

/s/ Otto O. Lee
Otto O. Lee

[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT