1 OTTO O. LEE (SBN# 173987)
MARIE GRACE CAPUYAN (SBN# 226862)
2 SHINAE KIM-HELMS (SBN# 242484)
INTELLECTUAL PROPERTY LAW GROUP LLP
3 12 South First Street, Twelfth Floor
San Jose, California 95113
4 Telephone: (408) 286-8933
Facsimile: (408) 286-8932
5

6 ATTORNEYS FOR DEFENDANT, KEYVAN ANARAKI D/B/A LIQUIDATION ENTERPRISES
AND DEALS AROUND.
7

8

9            UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                 SAN JOSE DIVISION

12

13

14 MICROSOFT CORPORATION, a        ) CASE NO.: C06 06715 (WHA)
   Washington corporation,         )
15                                 ) [PROPOSED] ORDER GRANTING
                                   ) EXTENSION OF TIME TO RESPOND TO
16         Plaintiff,              ) PLAINTIFF'S COMPLAINT
                                   )
17         vs.                     )
                                   )
18 KEYVAN ANARAKI D/B/A            )
   LIQUIDATION ENTERPRISES         )
19 AND DEALS AROUND,               )
                                   )
20                                 )
           Defendants.             )
21                                 )

22                       **ORDER**

23     Upon consideration of Defendant Anaraki's Stipulated Motion for Extension of Time to
24 Respond to Plaintiff's Complaint and it otherwise appearing to the Court that good cause exists for
25 granting said Motion, it is hereby
26     ORDERED that the Motion is GRANTED; and
27     FURTHER ORDERED that the deadline for Defendant to respond to the complaint shall be
28 extended until March 4, 2007.

-1-

[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

This  6th  day of February, 2007.

_____
Judge William R. Alsup, United States District Court
Northern District of California

*IT IS SO ORDERED* — Judge William Alsup

[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, Twelfth Floor
San Jose, California 95113

| | |
|---|---|
| 1 | ***CERTIFICATE OF SERVICE*** |
| 2 | I hereby certify that this document filed through the ECF system will be sent electronically to |
| 3 | the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will |
| 4 | be served by U.S. First Class Mail, postage prepaid on the following: |
| 6 | Shaakirrah R. Sanders, Esq. |
| 7 | PRESTON GATES & ELLIS LLP |
| 8 | 925 Fourth Avenue, Suite 2900 |
| 9 | Seattle, Washington 98104 |
| 10 | Tel: (206) 623-7580 |
| 11 | Fax:(206)370-6110 |
| 13 | /s/ Shinae Kim-Helms |
| 14 | Shinae Kim-Helms |

INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, Twelfth Floor
San Jose, California 95113

-3-

[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT