Rachel R. Davidson, (SBN #215517)
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

David A. Bateman (*pro hac vice*)
Shaakirrah R. Sanders (*pro hac vice*)
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: (206) 623-7580
Facsimile: (206) 370-6110

Attorneys for Plaintiff Microsoft Corporation

Otto O. Lee (SBN #173987)
Shinae Kim-Helms (SBN #242484)
Intellectual Property Law Group LLP
12 South First Street, 12th Floor
San Jose, California 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

Attorneys for Defendant Keyvan Anaraki

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>                      Plaintiff,<br><br>v.<br><br>KEYVAN ANARAKI d/b/a LIQUIDATION_ENTERPRISES and DEALS_AROUND,<br><br>                      Defendant. | ) Case No. 06-06715 WHA<br>)<br>)<br>) **STIPULATION AND ORDER FOR**<br>) **PERMANENT INJUNCTION**<br>)<br>)<br>)<br>)<br>)<br>) |

STIPULATION AND ORDER FOR
PERMANENT INJUNCTION- 1
Case No. 06-06715

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

PRINTED ON RECYCLED PAPER

It is hereby stipulated by and between Plaintiff Microsoft Corporation and Defendant Keyvan Anaraki, through his designated counsel of record, that Defendant shall cease and refrain from engaging in any of the following activities, and from assisting, aiding, or abetting any other person or entity in engaging in or performing any of the following activities:

    a. engaging in the business of advertising, distributing, and selling counterfeit computer software, including programs covered by Microsoft's registered copyrights and bearing Microsoft's registered trademarks or imitations thereof;

    b. advertising and distributing counterfeit Microsoft software in interstate commerce on the Internet by using any Internet auction site, including eBay (www.ebay.com) and PriceGrabber (www.pricegrabber.com); and

    c. engaging in any other activity constituting an infringement of any of Microsoft's property rights, Registered or Unregistered Trademarks, servicemarks and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these property rights, trademarks, servicemarks, and/or copyrights.

The respective attorneys, by their signatures below, represent and warrant that they have the consent of their respective clients, have discussed this Stipulation and Order for Permanent Injunction with them, and have the authority to bind their respective clients.

//
//
//
//
//
//
//
//
//

STIPULATION AND ORDER FOR
PERMANENT INJUNCTION- 2
Case No. 06-06715

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

PRINTED ON RECYCLED PAPER

1
2   DATED this 30 day of May, 2007.

3                                       KIRKPATRICK & LOCKHART PRESTON
                                        GATES ELLIS LLP
4
5                                       By _____
                                           Shaakirrah R. Sanders
6                                          Attorney for Plaintiff
                                           MICROSOFT CORPORATION
7
    DATED this 25th day of May, 2007.
8
9                                       INTELLECTUAL PROPERTY LAW GROUP LLP
10
                                        By _____
11                                         Shinae Kim-Helms
12                                         Attorney for Defendant KEYVAN
                                           ANARAKI
13
    K:\00103\02955\SR1S\SR1SP20EQ
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION AND ORDER FOR
PERMANENT INJUNCTION- 3
Case No. 06-06715

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

PRINTED ON RECYCLED PAPER

## ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

Dated this 31st day of May, 2007.

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup — signature]*

The Honorable William H. Alsup
United States District Judge

STIPULATION AND ORDER FOR
PERMANENT INJUNCTION- 4
Case No. 06-06715

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

PRINTED ON RECYCLED PAPER