1  Rachel R. Davidson, (SBN #215517)
   KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
2  55 Second Street, Suite 1700
   San Francisco, California 94105-3493
3  Telephone: (415) 882-8200
   Facsimile: (415) 882-8220
4

5  David A. Bateman (*pro hac vice*)
   Shaakirrah R. Sanders (*pro hac vice*)
6  KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
   925 Fourth Avenue, Suite 2900
7  Seattle, WA 98104
   Telephone: (206) 623-7580
8  Facsimile: (206) 370-6110

9
   Attorneys for Plaintiff Microsoft Corporation
10

11 Otto O. Lee (SBN #173987)
   Shinae Kim-Helms (SBN #242484)
12 Intellectual Property Law Group LLP
   12 South First Street, 12th Floor
13 San Jose, California 95113
   Telephone: (408) 286-8933
14 Facsimile: (408) 286-8932

15 Attorneys for Defendant Keyvan Anaraki

16
                    UNITED STATES DISTRICT COURT
17                  NORTHERN DISTRICT OF CALIFORNIA

18

19 MICROSOFT CORPORATION, a          ) Case No. 06-06715 WHA
   Washington corporation,           )
20                                   )
                        Plaintiff,   )
21                                   ) **STIPULATION AND ORDER FOR**
        v.                           ) **VOLUNTARY DISMISSAL WITH**
22                                   ) **PREJUDICE**
                                     )
23 KEYVAN ANARAKI d/b/a              )
   LIQUIDATION_ENTERPRISES and       )
24 DEALS_AROUND,                     )
                        Defendant.   )
25                                   )

26

STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL WITH PREJUDICE - 1
Case No. 06-06715

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

PRINTED ON RECYCLED PAPER

1  It is hereby stipulated by and between Plaintiff Microsoft Corporation and Defendant Keyvan Anaraki through their designated counsel of record, that the Complaint for Willful Copyright Infringement in Violation of 15 U.S.C. §§ 501, *et seq.*, Willful Trademark Infringement in Violation of 15 U.S.C. §§ 1114 *et seq.*, False Designation of Origin In Violation of 15 U.S.C. §§ 1125 *et seq.*, Constructive Trust, and Accounting in the above-entitled action be and hereby is dismissed, with prejudice, in its entirety pursuant to Rule 41 of the Federal Rules of Civil Procedure, including all claims and counterclaims against each party, and that each party shall bear its own costs and attorneys' fees.

The respective attorneys, by their signatures below, represent and warrant that they have the consent of their respective clients, have discussed this Stipulation and Order for Voluntary Dismissal with Prejudice with them, and have the authority to bind their respective clients.

DATED this 30 day of May 2007.

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP

By _____
Shaakirrah R. Sanders

Attorney for Plaintiff
MICROSOFT CORPORATION

DATED this 25th day of May, 2007.

INTELLECTUAL PROPERTY LAW GROUP LLP

By _____
Shinae Kim-Helms

Attorney for Defendant KEYVAN ANARAKI

K:\00103\02955\SR1S\SR1SP20EP

STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL WITH PREJUDICE - 2
Case No. 06-06715

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

PRINTED ON RECYCLED PAPER

# ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

DATED this 31st day of May, 2007.

_____
The Honorable William H. Alsup
United States District Judge

*[Stamp: IT IS SO ORDERED / Judge William Alsup / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL WITH PREJUDICE - 3
Case No. 06-06715

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

PRINTED ON RECYCLED PAPER